been any personal communication between either of them and the defendant, since the execution of the note. The defendant does not appear to have any *positive* knowledge of the fact disclosed in avoidance, for he does not know whether the note was executed to the plaintiff or his agent. This part of the answer, is at most, not stronger than hearsay testimony, and ought to be rejected.

FALL, 1811.<br>First District.<br><br>TAYLOR & HOOD<br>vs.<br>MORGAN.

SUIT CONTINUED.

---

### TAYLOR & HOOD vs. MORGAN.

THE plaintiffs had obtained judgment for the delivery of certain goods: and the defendant, on his affidavit that he had delivered all the goods, and shewing a receipt therefor, obtained an injunction against an execution which was in the sheriff's hands, and which the agent of the plaintiffs pressed him to enforce.

*An injuction will not be dissolved till the party answer.*

*Depeyster,* for the plaintiff, moved to be permitted to shew that the goods delivered were not all the goods for which judgment had been obtained. He had no answer to file ; the plaintiffs' being out of the territory, their oath could not be procured.

*By the Court.* The injunction having been regularly obtained, cannot be dissolved until an answer under the oath of the plaintiffs is filed.

MOTION OVERRULED.